IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES ELIJAH DICKSON,<br>    Petitioner, | :<br>:<br>: |
| v. | :    Civ. No. 13-3259 |
| COMMONWEALTH OF<br>PENNSYLVANIA, et al.<br>    Respondents. | :<br>:<br>:<br>:<br>: |

# O R D E R

Petitioner filed a habeas petition on June 10, 2013, challenging his arrest and pretrial detention in Schuylkill County. (Doc. No. 1.) As the Commonwealth's Response and the state-court records demonstrate, on September 18, 2013, the charges against Petitioner were dropped and he was released. (Doc. No. 8.) Accordingly, Magistrate Judge Jacob B. Hart recommends that I deny the Petition as moot. (Doc. No. 9); see Scott v. Schuylkill FCI, 298 F. App'x 202, 204 (3d Cir. 2008) (petition challenging imprisonment is moot unless the petitioner demonstrates that collateral consequences persist); Novas v. Immigration & Customs Enf't (ICE), 303 F. App'x 115, 118 (3d Cir. 2008) (release from custody moots petition in which relief sought is release from custody). No objections have been filed. I will thus deny the Petition as moot.

**AND NOW**, this 8th day of February, 2016, upon consideration of the Report and Recommendation of Magistrate Judge Jacob B. Hart (Doc. No. 9), to which no objections have been filed, and all related filings, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The Petition for Writ of Habeas Corpus is **DENIED as moot**.
3. There are no grounds to issue a certificate of appealability; and
4. The Clerk of Court shall **CLOSE** this case for statistical purposes.

                                                **AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____
Paul S. Diamond, J.